IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY FELTNER**                                                                         **PLAINTIFF**

v.                             **Case No: 4:23-cv-00478-LPR-JTK**

**MARCO MCLENDON, et al.**                                                           **DEFENDANTS**

## ORDER

On September 12, 2024, Plaintiff filed a motion to dismiss this case with prejudice pursuant to the terms of the parties' settlement agreement.[1] Defendants have notified the Court via e-mail that they do not object to Plaintiff's motion. Accordingly, Plaintiff's Motion to Dismiss (Doc. 36) is GRANTED and this case is DISMISSED with prejudice, with each party bearing their own fees and costs. The Clerk is instructed to close this case.

IT IS SO ORDERED this 19th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Mot. to Dismiss (Doc. 36).