# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY FELTNER**                                                                 **PLAINTIFF**

v.                              Case No: 4:23-cv-00478-LPR-JTK

**MARCO MCLENDON, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 19th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE